## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 14-cv-02176-REB-BNB

LEANNE REITER, Derivatively on behalf of KODIAK OIL & GAS CORPORATION, and Individually on behalf of herself and all others similarly situated,

 Plaintiff,

v.

LYNN A. PETERSON,
JAMES E. CATLIN,
WILLIAM J. KRYSIAK,
RODNEY D. KNUTSON,
HERRICK K. LIDSTONE, JR.,
WHITING PETROLEUM CORPORATION, and
1007695 B.C. LTD,

 Defendants,

and

KODIAK OIL & GAS CORPORATION, a Canadian corporation,

 Nominal Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

  The matter is before the court on the **Notice of Voluntary Dismissal Without Prejudice Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure** [#44][1] filed November 14, 2014. After reviewing the notice and the record, I have concluded that the notice should be approved and that this action should be dismissed

---

[1] "[#44]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal Without Prejudice Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure** [#44] filed November 14, 2014, is **APPROVED**;

2. That any pending motion is **DENIED** as moot; and

3. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated November 14, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge